UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Michael Underwood

                Debtor(s)

Case No. 14 B 43272

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 12/03/2014.

    2) The plan was confirmed on NA.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Dismissed on 03/18/2015.

    6) Number of months from filing to last payment: 3.

    7) Number of months case was pending: 15.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,625.00 |
| Less amount refunded to debtor | $183.00 |

**NET RECEIPTS:** $2,442.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,344.32 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $97.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,442.00

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Health & Hospitals Corp. | Unsecured | 277.84 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| AFL-CIO Mutual | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| American Family Insurance | Unsecured | 103.88 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 14,477.70 | NA | NA | 0.00 | 0.00 |
| Associated Anesthesiologist of Joli | Unsecured | 71.50 | NA | NA | 0.00 | 0.00 |
| Associated Pathologists of Joliet | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 217.95 | NA | NA | 0.00 | 0.00 |
| AT&T Uverse | Unsecured | 183.40 | NA | NA | 0.00 | 0.00 |
| Cardiology Interpretation II | Unsecured | 1.50 | NA | NA | 0.00 | 0.00 |
| Cardiomedix, Inc. | Unsecured | 32.90 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank, U.S.A. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Cardmember Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Home Finance | Secured | 98,000.00 | NA | NA | 0.00 | 0.00 |
| Citi | Unsecured | 4,677.04 | NA | NA | 0.00 | 0.00 |
| Citi | Unsecured | 185.59 | NA | NA | 0.00 | 0.00 |
| Constellation Energy | Unsecured | 213.08 | NA | NA | 0.00 | 0.00 |
| Credit First National Assoc. | Unsecured | 1,237.00 | NA | NA | 0.00 | 0.00 |
| Emerge | Unsecured | 1,358.00 | NA | NA | 0.00 | 0.00 |
| Emerge | Unsecured | 4,164.12 | NA | NA | 0.00 | 0.00 |
| EMP of Cook County, LLC | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| First North American National Bank | Unsecured | 1,358.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 88.60 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance, Inc. | Unsecured | 197.90 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 470.76 | NA | NA | 0.00 | 0.00 |
| Heartland Cardiovascular Center | Unsecured | 10.80 | NA | NA | 0.00 | 0.00 |
| HSBC Retail Services | Unsecured | 339.01 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 100.00 | 1,127.67 | 1,127.67 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 50.05 | 50.05 | 0.00 | 0.00 |
| Issan Health Care Group, Ltd. | Unsecured | 38.10 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JOHA Provena Regional Cancer Center | Unsecured | 35.70 | NA | NA | 0.00 | 0.00 |
| Joliet Radiological S.C. | Unsecured | 39.60 | NA | NA | 0.00 | 0.00 |
| Mepco Finance Corporation | Unsecured | 102.60 | NA | NA | 0.00 | 0.00 |
| Midwest Physician Group, Ltd. | Unsecured | 6.60 | NA | NA | 0.00 | 0.00 |
| Mxenergy | Unsecured | 156.96 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 564.41 | NA | NA | 0.00 | 0.00 |
| Open Advanced MRI of Tinley Park | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Orland Park Medical, S.C. | Unsecured | 129.10 | NA | NA | 0.00 | 0.00 |
| Orland Park Surgical Center | Unsecured | 72.73 | NA | NA | 0.00 | 0.00 |
| Preferred Open MRI | Unsecured | 11.60 | NA | NA | 0.00 | 0.00 |
| Presence St. Joseph Medical Center | Unsecured | 1,351.00 | NA | NA | 0.00 | 0.00 |
| Professional Clinical Laboratories | Unsecured | 5.20 | NA | NA | 0.00 | 0.00 |
| Queen's Park Oval Asset Holding Tru | Secured | 157,286.23 | NA | NA | 0.00 | 0.00 |
| Sears Credit Cards | Unsecured | 83.12 | NA | NA | 0.00 | 0.00 |
| St. Francis Medical Group | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| St. James Hospital & Health Center | Unsecured | 94.62 | NA | NA | 0.00 | 0.00 |
| Surgical Specialists, SC | Unsecured | 11.20 | NA | NA | 0.00 | 0.00 |
| The Home Depot/CBNA | Unsecured | 5,904.00 | NA | NA | 0.00 | 0.00 |
| Trugreen | Unsecured | 43.26 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,127.67 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,127.67** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50.05** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,442.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,442.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/07/2016                                    By: /s/ Marilyn O. Marshall
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**